**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LEONIDAS SANCHEZ PEREZ**, <br><br> Plaintiff, <br><br> v. <br><br> **J. C. ENTERPRISES, INC., <u>et al.</u>**, <br><br> Defendants. | Case No. 15-cv-00526 (CRC) |

**ORDER**

Pending before the Court is the parties' Joint Motion for Approval of Settlement.  Although "no binding caselaw in this Circuit requires a district court to assess proposed FLSA settlements <u>ex ante</u>[,] . . . since the parties in this matter have mutually sought judicial approval of their proposed settlement, the Court will review the settlement's FLSA related terms."  <u>Carrillo v. Dandan Inc.</u>, 51 F. Supp. 3d 124, 131 (D.D.C. 2014) (citations omitted).  Having reviewed the totality of the circumstances, the Court finds that the settlement is fair and reasonable.  <u>See id.</u> at 132–33.  Hence, upon consideration of the settlement agreement reviewed in camera, the applicable law, and the entire record herein, it is hereby

**ORDERED** that [ECF No. 9] the parties' Joint Motion for Approval of Settlement is **GRANTED**; it is further

**ORDERED** that the settlement agreement and release submitted by the parties is **APPROVED**; and it is further

**ORDERED** that this action is **DISMISSED** with prejudice.

**SO ORDERED**.

                                              CHRISTOPHER R. COOPER
                                              United States District Judge

Date:  May 22, 2015